No. 48934.—Protest 602863–G of Heinrich, Herrmann & Weiss (New York).

Opinion by LAWRENCE, J.   The court was satisfied that the claims were well-founded and that the record established the letter openers are similar to those involved in Abstract 41005 and the metal flasks similar to those the subject of

Abstract 40514. In accordance therewith the letter openers were held dutiable as household utensils at 40 percent under paragraph 339 and the metal flasks as hollow ware at 40 percent under the same paragraph. Protest sustained to this extent.